## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JOSEPH BERDELL BRAUN,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **CIV-13-074-FHS-KEW** |
| ) | |
| **BRUCE HOWARD, Warden,** ) | |
| ) | |
| Respondent. ) | |

### OPINION AND ORDER

Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. A review of the petition, however, indicates petitioner was convicted in **Washita County**, Oklahoma, which is located within the territorial jurisdiction of the **Western District** of Oklahoma. Therefore, in the furtherance of justice, this matter may more properly be addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), petitioner's petition for a writ of habeas corpus is hereby **transferred** to the United States District Court for the Western District of Oklahoma for all further proceedings.

**IT IS SO ORDERED** this 21st day of February, 2013.

Frank H. Seay
United States District Judge